RECEIVED

JUN 1 0 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE CO. | CIVIL ACTION NO. 14-0047 |
| versus | JUDGE WALTER |
| DARNELL LINNEAR, ET AL. | MAGISTRATE JUDGE HAYES |

## MEMORANDUM ORDER

The plaintiff seeks judicial review of his ERISA plan administrator's denial of a claim for benefits. The administrative record is ordinarily the only information the court may consider when reviewing such a case. It is the plan administrator's obligation to identify the evidence in the administrative record, but the claimant is permitted a reasonable opportunity to contest whether that record is complete. See Vega v. National Life Ins. Services, 188 F.3d 287, 299 (5th Cir. 1999) (en banc); Estate of Bratton v. National Union Fire Ins. Co., 215 F.3d 516, 521 (5th Cir. 2000). This schedule is issued in accordance with those principles.

Counsel for defendant is directed to deliver a copy of the relevant plan documents and the entire administrative record to counsel for the plaintiff by **July 7, 2014.** Counsel for the plaintiff should review the record and promptly advise counsel for the defendant of any contentions that the record is not complete, so that any such issues may be resolved on a timely basis. The parties are directed to file by **September 8, 2014** a joint stipulation of facts setting out any necessary background facts and stipulating to the submission of

the case for decision on the administrative record and plan documents, which are to be submitted along with the stipulation. By **October 10, 2014,** plaintiff shall file a Motion For Decision on Stipulated Record, along with his/her brief on the merits. The defendant's brief is due by **November 10, 2014.** If necessary, plaintiff may file a reply upon leave of Court.

The Clerk is directed to list this matter on the next Motion Day thereafter as submitted to the undersigned for decision on the stipulated record.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 10TH day of June, 2014.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE