U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

SEP 18 2014

TONY R. M——, CLERK
BY ——— DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE CO. | CIVIL ACTION NO. 14-0047 |
| VERSUS | JUDGE DONALD WALTER |
| DARNELL LINNEAR, ET AL. | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the absence of written objections, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that the Magistrate Judge's Report and Recommendation [Doc. 20] is **ADOPTED**; and that the motion to award attorney's fees and costs [Doc. 11] filed by Plaintiff-in-Interpleader Metropolitan Life Insurance Co. be **GRANTED**; and that Plaintiff-in-Interpleader be awarded fees and costs totaling $2,178.70.

**THUS DONE AND SIGNED** this 18 day of September 2014, Shreveport, Louisiana.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE

Case 5:14-cv-00047-DEW-KLH Document 23 Filed 09/18/14 Page 1 of 1 PageID #: 179